IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BEVERLY HARRIS, | } | Civil Action 1:12-cv-2297 |
| Plaintiff, | } | JUDGE: DAN AARON POLSTER |
| v. | } | |
| NORTHSTAR LOCATION SERVICES, INC., | } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS 18th day of October, 2012.

/s/Dan Aaron Polster
Judge Dan Aaron Polster